**Tyrone ELLIS, Plaintiff-Appellant**

v.

**Aric SIMMONS, Advance Practice Nurse, Correct Care Solutions, Defendant-Appellee**

No. 17-1429

United States Court of Appeals, Eighth Circuit.

Submitted: August 15, 2017

Filed: August 17, 2017

Tyrone Ellis, Pro Se

Brent J. Eubanks, Humphries & Odum, Little Rock, AR, Defendant-Appellee

Before LOKEN, GRUENDER, and SHEPHERD, Circuit Judges.

PER CURIAM.

Arkansas inmate Tyrone Ellis appeals the district court's[1] adverse grant of sum-

mary judgment in his 42 U.S.C. § 1983 action, in which he alleged that defendant Aric Simmons was deliberately indifferent to his serious medical needs. Upon careful de novo review, see Peterson v. Kopp, 754 F.3d 594, 598 (8th Cir. 2014) (standard of review), we conclude that summary judgment was proper because, as explained by the district court, Ellis failed to show that Simmons knew of his medical complaint during the period of delay in treatment. See Fourte v. Faulkner Cty., Ark., 746 F.3d 384, 387 (8th Cir. 2014).

Accordingly, we affirm. See 8th Cir. R. 47B.

1. The Honorable Billy Roy Wilson, United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable Jerome T. Kearney, United States Magistrate Judge for the Eastern District of Arkansas.